**In re Roy D. SEEL**

No. 01–1123.

United States Court of Appeals,
Federal Circuit.

April 13, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**COMPUTER MOTION INC.,**
**Plaintiff–Appellant,**

. v.

**INTUITIVE SURGICAL INC.,**
**Defendant–Appellee.**

No. 01–1267.

United States Court of Appeals,
Federal Circuit.

April 13, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).